# FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0596

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Case No. DA 21-0596

---

THE STATE OF MONTANA, and MONTANA DEPARTMENT OF
NATURAL RESOURCES AND CONSERVATION,

      Plaintiffs/Appellees,

v.

AVISTA CORPORATION, a Washington Corporation

      Defendant/Appellant

---

On Appeal from the Montana First Judicial District Court,
Lewis and Clark County
Cause No. ADV-2004-846
Honorable Mike Menahan

---

## ORDER

---

Upon consideration of Appellees, State of Montana and Montana Department of Natural Resources and Conservation's, motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted a 30-day extension from the current deadline of April 28, 2022, within which to file a response brief. Appellees' response brief is now due on or before May 28, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 25 2022